HARRY SALKIND v. MELVIN SILVERMAN.

June 21, 1978. Petition for certification denied.

GREGORY J. CARTER v. ATLANTIC CITY ELECTRIC CO.

June 21, 1978. Petition for certification denied.

COUNTY OF SOMERSET v. TOWNSHIP OF MONTGOMERY.

June 21, 1978. Petition for certification denied.

CITY OF NEWARK v.
ESSEX COUNTY BOARD OF TAXATION.

June 21, 1978. Petition for certification denied. (See 155 *N. J. Super.* 586)

CITY OF NEWARK v.
ESSEX COUNTY BOARD OF TAXATION.

June 21, 1978. Cross-Petition for certification denied. (See 155 *N. J. Super.* 586)

GEORGE SPANGLER v. RONALD GRISWOLD, JR.

June 21, 1978. Petition for certification denied.